DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

December 4, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/12

Application GRANTED.
So ORDERED.

[signature]

December 5, 2012

BY E-MAIL

The Honorable Jesse M. Furman
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007
Furman_NYSDChambers@nysd.uscourts.gov

*Jeanice Dolan et al. v. Benjamin Lawsky et al.*, No. 12 CV 8171 (JMF)

**Request on Consent for Extension of Time for Defendant
Metropolitan Life Insurance Company to Respond to the Complaint**

Dear Judge Furman:

    Defendant Metropolitan Life Insurance Company ("MetLife") respectfully requests, on consent, an extension of time to January 18, 2013, to answer, move or otherwise respond to the Complaint in this action.

    MetLife was served with the summons and complaint on November 16, 2012; thus, its response to the complaint is currently due on December 7, 2012. MetLife requests a 42-day extension of time to January 18, 2013. No previous request for an extension has been made. Plaintiffs' counsel has consented to the requested extension. The requested extension does not affect any other scheduled dates.

    Defendant Benjamin Lawsky (the "Receiver") has requested and received an extension of time to the same date, January 18, 2013, to answer, move or otherwise respond to the Complaint. In the interest of efficiency and orderly presentation, MetLife requests an extension of time to the same day as the Receiver because MetLife expects to make a motion to dismiss that will raise many of the same issues as the Receiver's expected motion. In addition, MetLife requests the extension of time so that it can address fully the jurisdictional and other issues involved in its expected motion to

The Honorable Jesse M. Furman          2          December 4, 2012

dismiss, both in its letter to plaintiffs as required by Rule 3(B)(i) of Your Honor's Individual Rules and Practices in Civil Cases, and in its papers in support of its motion.

     We are available at the Court's convenience should Your Honor have any questions.

                    Respectfully yours,

                    /s/ Bruce E. Yannett

                    Bruce E. Yannett

cc (by email): All counsel