UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| JEANICE DOLAN, DANIEL A. MALIN, KEITH VINCENT, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN M. LAWSKY, Superintendent of Financial Services of the State of New York in his non-regulatory capacity as RECEIVER of Executive Life Insurance Company of New York; Certain Predecessor RECEIVERS of Executive Life Insurance Company of New York; METROPOLITAN LIFE INSURANCE COMPANY; and CREDIT SUISSE GROUP AG,<br><br>Defendants. | Civil Action No. 12 CV 8171 (JMF)<br><br>(ECF Case)<br><br>**NOTICE OF APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Steven M. Bierman, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendant Benjamin M. Lawsky, Superintendent of Financial Services of the State of New York in his capacity as Receiver of Executive Life Insurance Company of New York.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
       December 7, 2012

                                 SIDLEY AUSTIN LLP

                                 By:  /s/ Steven M. Bierman
                                  Steven M. Bierman
                                  sbierman@sidley.com
                                  787 Seventh Avenue
                                  New York, New York 10019

Telephone: (212) 839-5300

*Counsel for Defendant Benjamin M. Lawsky, Superintendent of Financial Services of the State of New York in his capacity as Receiver of Executive Life Insurance Company of New York*