UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
JEANICE DOLAN, DANIEL A. MALIN,                    :
KEITH VINCENT, and all others similarly situated,  :
: Civil Action No. 12 CV 8171 (JMF)
            Plaintiffs,                            :
: (ECF Case)
    vs.                                            :
:
BENJAMIN M. LAWSKY, Superintendent of              : **NOTICE OF APPEARANCE**
Financial Services of the State of New York in his :
non-regulatory capacity as RECEIVER of Executive   :
Life Insurance Company of New York; Certain        :
Predecessor RECEIVERS of Executive Life            :
Insurance Company of New York;                     :
METROPOLITAN LIFE INSURANCE                        :
COMPANY; and CREDIT SUISSE GROUP AG,               :
:
            Defendants.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Martin B. Jackson, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of Defendant Benjamin M. Lawsky, Superintendent of Financial Services of the State of New York in his capacity as Receiver of Executive Life Insurance Company of New York.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
       December 7, 2012

                                    SIDLEY AUSTIN LLP

                                    By:    /s/ Martin B. Jackson
                                        Martin B. Jackson
                                        mjackson@sidley.com
                                        787 Seventh Avenue
                                        New York, New York 10019

        Telephone: (212) 839-5300

*Counsel for Defendant Benjamin M. Lawsky, Superintendent of Financial Services of the State of New York in his capacity as Receiver of Executive Life Insurance Company of New York*