AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Jeanice Dolan, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 12 CV 8171 (JMF) |
| Benjamin M. Lawsky, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Metropolitan Life Insurance Company                                                                              .

Date:   12/10/2012                         /s/ Bruce E. Yannett
                                                       *Attorney's signature*

                                                    Bruce E. Yannett (NY Bar #2044360)
                                                       *Printed name and bar number*

                                                    Debevoise & Plimpton LLP
                                                    919 Third Avenue
                                                    New York, NY 10022
                                                       *Address*

                                                    beyannett@debevoise.com
                                                       *E-mail address*

                                                    (212) 909-6000
                                                       *Telephone number*

                                                    (212) 909-6836
                                                       *FAX number*