AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Jeanice Dolan, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 12 CV 8171 (JMF) |
| Benjamin M. Lawsky, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant Metropolitan Life Insurance Company.

Date:   12/10/2012

/s/ Carl Micarelli
*Attorney's signature*

Carl Micarelli (NY Bar #2452563)
*Printed name and bar number*

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
*Address*

cmicarelli@debevoise.com
*E-mail address*

(212) 909-6000
*Telephone number*

(212) 909-6836
*FAX number*