UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| JEANICE DOLAN, *et al.*, | ) |
| *Plaintiffs,* | ) |
| v. | ) No. 12 CV 8171 (JMF) |
| BENJAMIN M. LAWSKY, *et al.*, | ) |
| *Defendants.* | ) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Metropolitan Life Insurance Company states that 100% of its stock is owned by its parent company, MetLife, Inc., the stock of which is publicly held.

Dated: December 10, 2012

                                              Respectfully submitted,

                                              /s/ Bruce E. Yannett
                                              Bruce E. Yannett
                                              Carl Micarelli
                                              Debevoise & Plimpton LLP
                                              919 Third Avenue
                                              New York, NY 10022
                                              Telephone: (212) 909-6000
                                              E-Mail: beyannett@debevoise.com

                                              *Attorneys for Defendant*
                                              *Metropolitan Life Insurance Company*