UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK    Attorney: EDWARD S. STONE, ESQ.

---

JEANICE DOLAN, ETAL

                                    Plaintiff(s)

- against -

BENJAMIN M. LAWSKY, AS RECEIVER FOR EXECUTIVE LIFE INSURANCE COMPANY OF NEW YORK, ETAL

                                    Defendant(s)

Index # 12CV 8171

Purchased November 8, 2012
File # 49 (D)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 14, 2012 at 04:00 PM at

C/O SUPERINTENDENT OF FINANCIAL SERVICES
110 WILLIAM ST, 15TH FL
NEW YORK, NY 10038

deponent served the within SUMMONS IN A CIVIL ACTION; COMPLAINT (CLASS ACTION) on BENJAMIN M. LAWSKY, * therein named.

    BY LEAVING A TRUE COPY WITH PATTY MCDERRITT, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | GRAY | 60 | 5'4 | 140 |

* SUPERINTENDANT OF FINANCIAL SERVICES OF THE STATE OF NEW YORK IN HIS NON-REGULATORY CAPACITY AS RECEIVER OF EXECUTIVE LIFE INSURANCE COMPANY OF NEW YORK AND CERTAIN PREDECSSOR RECEIVERS OF EXECUTIVE LIFE INSURANCE COMPANY OF NEW YOF

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: November 14, 2012

| RALPH MULLEN | JOSEPH KNIGHT | JONATHAN GRABER | **ANDERSON CHAN** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1220482 |
| No. 01MU6238632 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 565590 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires April 11, 2015 | Expires November 26, 2015 | Expires December 4, 2014 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728