UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK    Attorney: EDWARD S. STONE, ESQ.

Case 1:12-cv-08171-JMF   Document 13   Filed 12/12/12   Page 1 of 1

---

JEANICE DOLAN, ETAL

                                          **Plaintiff(s)**      Index # 12CV 8171

- against -

BENJAMIN M. LAWSKY, AS RECEIVER FOR EXECUTIVE LIFE INSURANCE     Purchased November 8, 2012
COMPANY OF NEW YORK, ETAL     File # 49 (D)

                                          **Defendant(s)**

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SAMARA KANE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 16, 2012 at 02:37 PM at

200 PARK AVENUE
NEW YORK, NY 10166

deponent served the within SUMMONS IN A CIVIL ACTION; COMPLAINT (CLASS ACTION) on METROPOLITAN LIFE INSURANCE COMPANY therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to CLIFFORD SCOTT a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. He identified himself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GRAY | 60 | 5'9 | 170 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

200 PARK AVENUE
NEW YORK, NY 10166

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on November 19, 2012 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: November 19, 2012

| | | | |
|---|---|---|---|
| RALPH MULLEN<br>Notary Public, State of New York<br>No. 01MU6238632<br>Qualified in New York County<br>Expires April 11, 2015 | JOSEPH KNIGHT<br>Notary Public, State of New York<br>No. 01KN6178241<br>Qualified In New York County<br>Expires November 26, 2015 | JONATHAN GRABER<br>Notary Public, State of New York<br>No. 01GR6156780<br>Qualified in New York County<br>Expires December 4, 2014 | **SAMARA KANE**<br>License #: 1300503<br>Invoice #: 565589 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728