IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
JEANICE DOLAN, DANIEL A. MALIN, KEITH VINCENT, and all others similarly situated,

Plaintiffs,

vs.

BENJAMIN M. LAWSKY, Superintendent of Financial Services of the State of New York in his non-regulatory capacity as RECEIVER of Executive Life Insurance Company of New York; Certain Predecessor RECEIVERS of Executive Life Insurance Company of New York; METROPOLITAN LIFE INSURANCE COMPANY; and CREDIT SUISSE GROUP AG,

Defendants.
-----------------------------------------------------x

Civil Action No. 12 CV 8171 (JMF)

ECF Case

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s), JEANICE DOLAN, DANIEL A. MALIN, KEITH VINCENT, and or their counsel(s) hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) BENJAMIN M. LAWSKY, Superintendent of Financial Services of the State of New York in his non-regulatory capacity as RECEIVER of Executive Life Insurance Company of New York; Certain Predecessor

RECEIVERS of Executive Life Insurance Company of New York; METROPOLITAN LIFE INSURANCE COMPANY; and CREDIT SUISSE GROUP AG.

February 6, 2013                              /s/ Edward S. Stone
                                              Edward S. Stone (ESS 2247)
                                              277 Broadway, Suite 1405
                                              New York, New York 10007
                                              (203) 504-8425