IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
JEANICE DOLAN, DANIEL A. MALIN,
KEITH VINCENT, and all others similarly
situated,

Plaintiffs,

vs.

BENJAMIN M. LAWSKY, Superintendent
of Financial Services of the State of New
York in his non-regulatory capacity as
RECEIVER of Executive Life Insurance
Company of New York; Certain Predecessor
RECEIVERS of Executive Life Insurance
Company of New York; METROPOLITAN
LIFE INSURANCE COMPANY; and
CREDIT SUISSE GROUP AG,

Defendants.
------------------------------------------------------
                                                      x

Civil Action No. 12 CV 8171 (JMF)

ECF Case

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s), JEANICE DOLAN, DANIEL A. MALIN, KEITH VINCENT, and or their counsel(s) hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) BENJAMIN M. LAWSKY, Superintendent of Financial Services of the State of New York in his non-regulatory capacity as RECEIVER of Executive Life Insurance Company of New York; Certain Predecessor

RECEIVERS of Executive Life Insurance Company of New York; METROPOLITAN LIFE INSURANCE COMPANY; and CREDIT SUISSE GROUP AG.

February 6, 2013                             /s/ Edward S. Stone
                                        Edward S. Stone (ESS 2247)
                                        277 Broadway, Suite 1405
                                        New York, New York 10007
                                        (203) 504-8425


The Clerk of Court is directed to close this case.  All motions are denied as moot.  All conferences are cancelled.

                        SO ORDERED.

                        /s/ Jesse M. Furman
                        February 8, 2013